United States Bankruptcy Court
District of Puerto Rico

IN RE: Case No. **10-03558**

**RIVERA SANCHEZ, JORGE LUIS & FELIX SANCHEZ, MILAGROS**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____   ☑ AMENDED PLAN DATED: **6/25/2010**
☐ PRE ☐ POST-CONFIRMATION     Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ **550.00** x | **22** | = $ | **12,100.00** |
| $ **650.00** x | **38** | = $ | **24,700.00** |
| $ x | | = $ | |
| $ x | | = $ | |
| $ x | | = $ | |

TOTAL: $ **36,800.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **36,800.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,994.00**

Signed: **/s/ JORGE LUIS RIVERA SANCHEZ**
Debtor

**/s/ MILAGROS FELIX SANCHEZ**
Joint Debtor

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**     Phone: **(787) 758-4400**
CHAPTER 13 PAYMENT PLAN

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK PUERT** Cr. _____ Cr. _____
# **007388671377419** # _____ # _____
$ **17,006.40** $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR.

ANY POST PETITION TAX RETURNS THAT MAY PROSPECTIVELY ARISE FROM ANY TAX REFUND FOR THE DURATION OF THE PLAN WILL BE USED AS NEEDED TO FUND THE PLAN IN ORDER TO MAXIMIZE THE DISTRIBUTION TO GENERAL UNSECURED CREDITORS, AFTER ITS CONFIRMATION AND WITHOUT THE NEED FOR ANY FURTHER NOTICE, HEARING OR COURT ORDER, THE PLAN SHALL BE DEEMED MODIFIED BY THE INCREMENT(S) TO ITS BASE.

TRUSTEE TO PAY ADEQUATE PROTECTION TO FIRST BANK IN THE MONTHLY AMOUNT OF $185.00 UNTIL CONFIRMATION OF THE PLAN.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JORGE LUIS RIVERA SANCHEZ<br>MILAGROS FELIX SANCHEZ<br>　　　Debtor(s) | CASE NUM.: 10-03558 BKT<br><br>CHAPTER 13 (ASSET CASE) |

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **AMENDED PLAN DATED 06/25/2010.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 25TH day of June, 2010.

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.,** US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

**RESPECTFULLY SUBMITTED.**

/S/MARILYN VALDES ORTEGA
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-03558-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Fri Jun 25 14:24:37 AST 2010 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | CITIFINANCIAL<br>PO BOX 22066<br>TEMPE, AZ 85285-2066 |
| CITIFINANCIAL PLUS<br>PO BOX 71325, SUITE 67<br>SAN JUAN, PR 00936-8425 | CITIFINANCIAL RETAIL SERVICES DE PR<br>PO BOX 71328<br>SAN JUAN, PR 00936-8428 | CLARO<br>PO BOX 360998<br>SAN JUAN, PR 00936-0998 |
| CitiFinancial Inc<br>P.O. Box 70919<br>Charlotte NC 28272-0919 | DEPARTAMENTO DE HACIENDA<br>PASEO COVADONGA, NUM. 10<br>EDIF. INTENDENTE RAMIREZ<br>SAN JUAN, PR 00901-2613 | DEPARTAMENTO DEL TRABAJO<br>AVE. MUOZ RIVERA 505<br>HATO REY, PR 00918-3352 |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | FIRST BANK PUERTO RICO<br>DEPARTAMENTO DE AUTOS<br>PO BOX 13817<br>SAN JUAN, PR 00908-3800 |
| FIRST PREMIER BANK<br>PO BOX 5524<br>SIOUX FALLS, SD 57117-5524 | GE MONEY BANK<br>SAM'S CLUB<br>PO BOX 530942<br>ATLANTA, GA 30353-0942 | GE MONEY BANK<br>WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| ISLAND FINANCE<br>130 EXP. MARTINEZ NADAL 103<br>GUAYNABO, PR 00969 | LEONEL & ASOCIADOS, P.S.C<br>PO BOX 366220<br>SAN JUAN, PR 00936-6220 | PR ACQUISITIONS LLC<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918-1814 |
| Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>As Agent For Palisades Collections, LLC<br>PO Box 19249<br>Sugar Land TX 77496-9249 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR, 00919-5369 | SEARS CREDIT CARDS<br>P.O. BOX 183081<br>COLUMBUS, OH 43218-3081 |
| WESTERN AUTO<br>PO BOX 609<br>MEMPHIS, TN 38101-0609 | JORGE LUIS RIVERA SANCHEZ<br>CALLE BALDORIOTY DE CASTRO H 812<br>RIO PIEDRAS, PR 00925-2448 | JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 |
| MARILYN VALDES ORTEGA<br>VALDES-ORTEGA<br>P O BOX 195596<br>SAN JUAN, PR 00919-5596 | MILAGROS FELIX SANCHEZ<br>CALLE BALDORIOTY DE CASTRO H 812<br>RIO PIEDRAS, PR 00925-2448 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901-1938 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)RIVERA SANCHEZ, JORGE LUIS
FELIX SANCHEZ, MILAGROS

End of Label Matrix
Mailable recipients 26
Bypassed recipients 1
Total 27