**UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re: JORGE LUIS RIVERA SANCHEZ and MILAGROS FELIX SANCHEZ | Chapter: 13<br>Case No.: 10-03558<br>Judge: BRIAN K TESTER<br>Unsecured Claim Amt: $4832.88<br>Secured Claim Amt: $<br>Trustee: JOSE RAMON CARRION MORALES<br>Claim No.: 4 |

NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2) WAIVER OF OPPORTUNITY TO OBJECT AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002

PR Acquisitions, LLC (the "Purchaser/Transferee/Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such is defined in the Purchase and Sale Agreement dated October 25, 2010 by and between the Seller/Transferor/Assignor and Purchaser/Transferee/Assignee) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Purchaser/Transferee/Assignee hereby requests that it be substituted for the Seller/Transferor/Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Seller/Transferor/Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Purchaser/Transferee/Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the **Joint Notice of Transfer of Claim.**

Purchaser/Transferee/Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Seller/Transferor/Assignor under its name or the name of any of the following acquired institution(s): Santander Financial Services, Inc.

Redacted Numbers Related:

Account number: 102075173

Original Account Number: 100331610

| SELLER/TRANSFEROR/ASSIGNOR: | PURCHASER/ASSIGNEE/TRANSFEREE: |
|---|---|
| **Santander Financial Services, Inc.**<br>PO Box 362589<br>San Juan, Puerto Rico 00936-2589 | **PR Acquisitions, LLC**<br>c/o Operating Partners Co., Inc.<br>AMERICAN INTL BUILDING<br>250 MUNOZ RIVERA AVENUE SUITE 1200<br>HATO REY PR 00918 |
| | **By: /s/ ELISANDRA ORTIZ**<br>**Bankruptcy Supervisor** |

| Name of Debtor<br>MILAGROS FELIX SANCHEZ | Case Number<br>10-03558 BKT |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>SANTANDER FINANCIAL SERVICES D/B/A<br>ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN, PR 00919-5369<br><br>TEL. 787 773-7556 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notice from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor:<br>1214-XXXX1610 | Check here if this claim<br>☐ replaces a previously filed claim _____<br>☐ amends | |

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money Loaned
☐ Personal Injury/wrongful death
☐ Taxes
☐ Other
_____

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last four digits of your SS#: _____

Unpaid compensation for services performed
from _____ to _____
(date) (date)

| 2. DATE DEBT WAS INCURRED:<br>07-02-09 | 3. IF COURT JUDGMENT, DATE OBTAINED: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $4832.88
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000), * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use – 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**   4832.88                                               4832.88
                             (unsecured)    (secured)    (priority)    (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase order, invoices, itemized statements of running accounts, contracts court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USED ONLY

| DATE:<br>05-11-10 | **Sign and print the name and title, if any, of the creditor or other person authorized to file.** This claim (attach copy of power of attorney, if any):<br>/s/EVELYN VELAZQUEZ RODRIGUEZ |
|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 357.*

EXHIBIT III

BILL OF SALE AND ASSIGNMENT OF ASSETS

The undersigned ("Assignor") hereby absolutely sells, transfers, assigns, sets-over, quitclaims and conveys to PR Acquisitions, LLC, a limited liability company organized under the laws of the State of Nevada ("Assignee"), except as otherwise provided, without recourse and without representations or warranties of any type, kind, character or nature, express or implied, all of Assignor's right, title and interest in and to each of the Assets (the "Assets") identified in the Asset Schedule ("Asset Schedule") attached hereto as Appendix 1, which is complete and accurate in all material respects, together with the right to collect all principal, interest or other proceeds of any kind with respect to the Assets remaining due and owing as of the date hereof (including but not limited to proceeds derived from the conversion, voluntary or involuntary, of any of the Assets into cash or other liquidated property, including, without limitation, insurance proceeds and condemnation awards), from and after the date of this Bill of Sale and Assignment of Assets.

DATED:    October 25, 2010

ASSIGNOR: SANTANDER FINANCIAL SERVICES, INC.

By: _____
Name: Justo Muñoz
Title: Executive Vice President

By: _____  10/26/2010
Name: María Calero
Title: Senior Executive Vice President

Affidavit #:_____

COMMONWEALTH OF PUERTO RICO

Subscribed and sworn to (or affirmed) before me on this 25th day of October, 2010, by Justo Muñoz, of legal age, married, and resident of San Juan, Puerto Rico and María Calero, of legal age, single, and resident of San Juan, Puerto Rico, duly authorized members of Santander Financial Services, Inc., personally known to me or proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____ [Seal]

APPENDIX 1 TO BILL OF SALE AND ASSIGNMENT OF ASSETS

(ATTACHED IMMEDIATELY HEREAFTER)

The attached Appendix 1 to Bill of Sale and Assignment of Assets is a copy of Exhibit II (Asset Schedule) to the Purchase and Sale Contract by and between Santander Financial Services, Inc. ("Seller") and PR Acquisitions, LLC ("Buyer") dated and effective as of October 25, 2010



