IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-03652 BKT |
|---|---|
| EVELYN VALENTIN CABAN | |
| DEBTOR(S) | CHAPTER 13 ASSET CASE |

**DEBTOR'S MOTION UNDER SECTION 1329 OF THE BANKRUPTCY CODE**

**THE HONORABLE COURT:**

**COMES NOW,** Debtor (s) through the undersigned attorney and respectfully ALLEGES and PRAYS:

1. That debtor (s) filed and circulated a MODIFIED PLAN to all parties in interest.

2. That the modification is based in that the Debtor (s) wants to amend their plan in order to:

**a. In order to include debtor's class suit against Schering Plough Products in other provision and provide for the court to retain jurisdiction over same.**

3. Debtor (s) amend plan call sixty (60) payments of $400.00 for a total base of $24,000.00 dollars with a provision for the payment to paid in full to Borinquen Community Federal, account ending number-4242.

4. Debtor (s) are still is interested in continuing with the bankruptcy procedures and proof if the amendment of the plan in order to comply with the disbursement schedules.

**WHEREFORE,** Debtor (s) respectfully request from this Honorable Court to accept this motion and grant debtor (s) the opportunity to modify the confirmed plan according to 11 US 1329 and provide any other remedy it may deem appropriate.

## NOTICE

"Parties in interest are notified the have twenty one (21) days to reject a proposed modification of a plan and request a hearing. If no opposition is filed within the prescribed period of time, the Court will enter and order granting the motion upon the filing of a certificated of service by the movant that adequate notice was given. Should and apposition be timely filed. The Court will schedule the motion for a hearing as a contested matter. Absent good cause, untimely rejections shall be denied".

In San Juan, Puerto Rico, this 8th, day of September 2011

**RESPECTFULLY SUBMITTED.**

/s/ Marilyn Valdes Ortega
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:  Case No. 11-03652-BKT

VALENTIN CABAN, EVELYN  Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: 2/Sept/2011
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 60 = $ 24,000.00
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ 24,000.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ 24,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,845.00

Additional fees  $350
Total  3,195

Signed: /s/ EVELYN VALENTIN CABAN
        Debtor

Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR  $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. BORINQUEN COMMI  Cr. ___  Cr. ___
# 4242    # ___    # ___
$ 16,396.90  $ ___  $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
          ☐ Paid 100% / ☐ Other: ___
Cr. ___  Cr. ___  Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**See Continuation Sheet**

Attorney for Debtor Marilyn Valdes Ortega Law Offices  Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE VALENTIN CABAN, EVELYN　　　　　　　　　　　　　　　　　　　　Case No. 11-03652-BKT
　　　　　　　　　　　　　　　　Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 2

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | **FRANCISCO SEISE** | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE VALENTIN CABAN, EVELYN                                    Case No. 11-03652-BKT
                                      Debtor(s)

# CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 2 of 2

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

INSURANCE TO BORINQUEN COMMUNITY FEDERAL THROUGH EASTERN AMERICA INSURANCE CO. AT THE END OF SALES CONTRACT IN THE APROXIMATE AMOUNT OF 500.00 DISBURSEMENT TO EASTERN AMERICA INSURANCE TO BEGIN AT END OF THE SALES CONTRACT ON

ADEQUATE PROTECTION PAYMENT TO BORINQUEN COMMUNITY FEDERAL UNTIL CONFIRMATION $50.00 TO BE PAID BY TRUSTEE MONTHLY.

THE COURT RETAINS JURIDICTION OVER DEBTOR'S CLASS ACTION SUIT AGAINST SCHERING PLOUGH PRODUCTS, INC.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**I HEREBY CERTIFY**: That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-03652-BKT13 Notice will be electronically mailed to:**

JOSE RAMON CARRION MORALES
newecfmail@ch13-pr.com

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

MARILYN VALDES ORTEGA on behalf of Debtor EVELYN VALENTIN CABAN
valdeslaw@prtc.net

**I HEREBY CERTIFY**: That I have mailed by regular mail to all creditors listed.

**11-03652-BKT13 Notice will not be electronically mailed to:**

BORINQUEN COMMUNITY FEDERAL
PO BOX 250474
AGUADILLA, PR  00604-0474

MACY'S
PO BOX 183083
COLUMBUS, OH  43218-3083

COSTCO WHOLESALE
HSBC RETAIL SERVICES
PO BOX 15521
WILMINGTON, DE  19850-5521

SAM'S CLUB
PO BOX 530942
ATLANTA, GA  30353-0942

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902-4140

SANTOS & NIEVES BLAS
LCDO. LUIS ROBERTO SANTOS
PO BOX 1809
MAYAGUEZ, PR  00681

DEPARTAMENTO DEL TRABAJO
AVE MUÑOZ RIVERA 505
HATO REY, PR  00918

US SMALL BUSINESS
ADMINISTRATION
409 3RD ST, SW
WASHINGTON, DC  20416

FEDERAL LITIGATION DEPT OF
JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192